THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD and KAREN BRANDT, <br><br> Plaintiff, <br> v. <br><br> AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, <br> Defendant. | Case No.  C08-5760FDB <br><br> ORDER GRANTING DEFAULT AS TO DEFENDANT AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA |

This matter came before the Court on Plaintiff's motion for default.  The Defendant has not answered or appeared within the 40 days of service as required in RCW48.05.210.

IT IS HEREBY ORDERED that Defendant, American Bankers Insurance Company of Florida is in default, and the Defendant is liable as alleged for breach of contract , bad faith, violation of the Insurance Fair Conduct Act, and in violation of the Washington Consumer Protection Act.

DATED this 20th day of February, 2009.

                                             /s/ Pat LeFrois  
                                             United States District Court Clerk